UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KEVIN L. ZIMMERMAN, | Case No. 2:17-CV-1338 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| STARBUCKS CORPORATION, | |
| Defendant(s). | |

Presently before the court is the matter of *Zimmerman v. Starbucks Corporation*, case number 2:17-cv-01338-JCM-CWH.

As stated in the Omnibus Transfer Order (ECF No. 4), the district judges of the District of Nevada have ordered that each of plaintiff Kevin Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings.

Accordingly,

IT IS HEREBY ORDERED that:

(1) The clerk of the court shall TRANSFER the case to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings; and

(2) All future filings in this action shall reference the case no. 2:17-cv-01338-GMN-GWF.

DATED May 19, 2017.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge